## UNITED STATES DISTRICT COURT

## DISTRICT OF MAINE

| | |
|---|---|
| NEW ENGLAND FISH COMPANY, LLC<br>and<br>F/V OCEAN SPRAY PARTNERSHIP,<br><br>    Plaintiffs<br><br>v.<br><br>NEW ENGLAND MOTOR FREIGHT, INC.,<br><br>    Defendant | Case No. 2:17-cv-00106-JAW |

## CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF NEW ENGLAND FISH COMPANY, LLC

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff New England Fish Company, LLC, by and through its undersigned counsel, hereby makes the following disclosures:

Plaintiff New England Fish Company, LLC states that it is a limited liability company formed under the laws of the State of Maine, and that it has no parent corporation(s) and no corporate members or corporate shareholders.

                                        NEW ENGLAND FISH COMPANY, LLC

                                        By its counsel,

Dated:  April 7, 2017               /s/ John H. Branson

                                        John H. Branson, Esq.
                                        BRANSON LAW OFFICE, P.A.
                                        482 Congress Street, Suite 304
                                        P.O. Box 7526
                                        Portland, Maine 04112-7526
                                        (207) 780-8611
                                        jbranson@bransonlawoffice.com

## **CERTIFICATE OF SERVICE**

I, John H. Branson, certify that on April 7, 2017, I electronically filed the within CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF NEW ENGLAND FISH COMPANY, LLC with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all parties, including those listed below, by operation of the Court's CM/ECF system.  Parties may access this filing through the CM/ECF system.

        Daniel Sonneborn, Esq.
        Preti Flaherty Beliveau & Pachios LLP
        60 State Street, Suite 1100
        Boston, MA 02109
        dsonneborn@preti.com

        *Counsel for Defendant*

Dated:  April 7, 2017                /s/ John H. Branson

        John H. Branson, Esq.
        BRANSON LAW OFFICE, P.A.
        482 Congress Street, Suite 304
        P.O. Box 7526
        Portland, Maine 04112-7526
        Phone:  (207) 780-8611
        Fax: (207) 221-2203
        E-mail:  jbranson@bransonlawoffice.com