UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| NEW ENGLAND FISH COMPANY, LLC<br>and<br>F/V OCEAN SPRAY PARTNERSHIP,<br><br>　　　　Plaintiffs<br><br>　　v.<br><br>NEW ENGLAND MOTOR FREIGHT, INC.,<br><br>　　　　Defendant | )<br>)<br>)<br>)<br>)<br>)　Case No. 2:17-cv-00106-JAW<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CORPORATE DISCLOSURE STATEMENT OF
PLAINTIFF F/V OCEAN SPRAY PARTNERSHIP**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff F/V Ocean Spray Partnership, by and through its undersigned counsel, hereby makes the following disclosures:

Plaintiff F/V Ocean Spray Partnership states that it is a general partnership formed under the laws of the State of Alaska, and that it has no parent corporation(s) and no corporate partners or corporate shareholders.

　　　　　　　　　　　　　　　　　　　F/V OCEAN SPRAY PARTNERSHIP

　　　　　　　　　　　　　　　　　　　By its counsel,

Dated:　April 7, 2017　　　　　　　　/s/ John H. Branson

　　　　　　　　　　　　　　　　　　　John H. Branson, Esq.
　　　　　　　　　　　　　　　　　　　BRANSON LAW OFFICE, P.A.
　　　　　　　　　　　　　　　　　　　482 Congress Street, Suite 304
　　　　　　　　　　　　　　　　　　　P.O. Box 7526
　　　　　　　　　　　　　　　　　　　Portland, Maine 04112-7526
　　　　　　　　　　　　　　　　　　　(207) 780-8611
　　　　　　　　　　　　　　　　　　　jbranson@bransonlawoffice.com

## **CERTIFICATE OF SERVICE**

      I, John H. Branson, certify that on April 7, 2017, I electronically filed the within CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF F/V OCEAN SPRAY PARTNERSHIP with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all parties, including those listed below, by operation of the Court's CM/ECF system.  Parties may access this filing through the CM/ECF system.

      Daniel Sonneborn, Esq.
      Preti Flaherty Beliveau & Pachios LLP
      60 State Street, Suite 1100
      Boston, MA 02109
      dsonneborn@preti.com

      *Counsel for Defendant*

Dated:  April 7, 2017              /s/ John H. Branson

      John H. Branson, Esq.
      BRANSON LAW OFFICE, P.A.
      482 Congress Street, Suite 304
      P.O. Box 7526
      Portland, Maine 04112-7526
      Phone:  (207) 780-8611
      Fax: (207) 221-2203
      E-mail:  jbranson@bransonlawoffice.com